# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

NIKITA E. METREJEAN

VERSUS

GEICO CASUALTY COMPANY, THE
ESTATE OF MICHAEL T. HEAD,
NEW LIFE COMMUNITY CHURCH, A
UNITED METHODIST
CONGREGATION, XYZ INSURANCE
COMPANY, AND STATE FARM
MUTUAL AUTOMOBILE INSURANCE
COMPANY

NO.   2026 CW 0555

AUGUST 10, 2026

---

In Re:    New Life Community Church, applying for supervisory
          writs, 19th Judicial District Court, Parish of East
          Baton Rouge, No. 732030.

---

**BEFORE:    WOLFE, STROMBERG, AND BALFOUR, JJ.**

**WRIT NOT CONSIDERED.** This writ application failed to
include a copy of the signed judgment in violation of Rule 4-
5(C)(6) of the Uniform Rules of Louisiana Courts of Appeal.

Supplementation of this writ application and/or application
for rehearing will not be considered. Uniform Rules of Louisiana
Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with
this court, it must contain all pertinent documentation and must
comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-
12.2. Any new application must be filed on or before September
09, 2026, and must contain a copy of this ruling.

**EW**
**TPS**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT